UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3535 LV CORP., a Nevada corporation, d/b/a The Quad Resort and Casino <br><br> Defendants. | CASE NO. 2:18-cv-01324-BJR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**IT IS STIPULATED AND AGREED**, by the undersigned counsel for plaintiff NORTHWEST ADMINISTRATORS, INC. and defendant 3535 LV CORP., a Nevada corporation, d/b/a The Quad Resort and Casino ("3535 LV CORP") and subject to the approval of the Court, that the time by which 3535 LV CORP must answer, move or otherwise respond to plaintiff's complaint in this action is extended to and including November 9, 2018.

DATED: October 10, 2018        GREENBERG TRAURIG, LLP


By   /s/ James M. Nelson
James M. Nelson
GREENBERG TRAURIG LLP
1201 K Street, Suite 1100
Sacramento, CA  95814
Tel:  (916) 442-1111
Fax:  (916) 448-1709
Email:  nelsonj@gtlaw.com

Attorneys for Defendant
3535 LV CORP., d/b/a The Quad Resort and Casino

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT - 1
Case No. 2:18-cv-01324-BJR

GREENBERG TRAURIG LLP
1201 K STREET, SUITE 1100
SACRAMENTO, CA 95814
PHONE (916) 442-1111  FAX (916) 448-1709

DATED: October 10, 2018                    REID, MCCARTHY, BALLEW & LEAHY, LLP

By: s/Russell J. Reid
Russell J. Reid
REID, MCCARTHY, BALLEW & LEAHY, LLP
100 West Harrison Street, North Tower, #300
Seattle, WA 98119
Tel: (206) 285-0464
Fax: (206) 285-8935

Attorney for Plaintiff
Northwest Administrators, Inc.

IT IS SO ORDERED this 11th day of Oct., 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT - 2
Case No. 2:18-cv-01324-BJR

GREENBERG TRAURIG LLP
1201 K STREET, SUITE 1100
SACRAMENTO, CA 95814
PHONE (916) 442-1111  FAX (916) 448-1709

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by ECF System or by U.S. Mail to the following listed persons, who are not authorized to receive electronically Notices of Electronic Filing.

DATED at Sacramento, California, this 10th day of October 2018.

/s/ James M. Nelson
James M. Nelson

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT - 3
Case No. 2:18-cv-01324-BJR

GREENBERG TRAURIG LLP
1201 K STREET, SUITE 1100
SACRAMENTO, CA 95814
PHONE (916) 442-1111   FAX (916) 448-1709

PHI 317842124v1